# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS,<br><br>　　Plaintiff,<br><br>vs.<br><br>SOUTHSIDE CONCRETE, INC.<br><br>　　Defendant. | No. 18-CV-1015-KEM<br><br>**ORDER** |

On November 8, 2019, Plaintiff submitted a status report and motion for additional time (Doc. 27). Plaintiff seeks an additional sixty days to complete the audit in this case. Defendant does not oppose the requested continuance, and the court finds the parties should be allowed the additional time as requested.

IT IS ORDERED Plaintiff's unresisted motion for continuance (Doc. 27) is **granted**. The parties shall file a joint status report on or before **January 8, 2020**, outlining the status of the case and possible dates for rescheduling this matter.

**IT IS SO ORDERED** this 14th day of November, 2019.

　　　　　　　　　　　　　　　　　　Kelly K.E. Mahoney
　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge
　　　　　　　　　　　　　　　　　　Northern District of Iowa